## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV10-7009-CAS(MANx) | Date | January 12, 2011 |
|---|---|---|---|
| Title | *THE STOCKROOM, INC. v. CLYDE DEWITT; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Catherine M. Jeang | Leandra Amber | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

|  Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| David Lake | William Pallares |

**Proceedings:**   TELEPHONIC STATUS CONFERENCE RE: SETTLEMENT PROCEDURE

Hearing held telephonically and counsel are present.   The Court confers with counsel and counsel inform the Court of the parties' preference to go before a private mediator for settlement purposes.  The Court sets an Early Settlement Completion Cutoff on July 29, 2011.

| | 00 | : | 05 |
|---|---|---|---|
| Initials of Preparer | | CMJ | |