JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE STOCKROOM, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CLYDE DEWITT, an individual; LAW OFFICES OF CLYDE DEWITT, a professional corporation; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | CASE NO. CV10-7009 CAS (MANx)<br><br>ORDER DISMISSING DEFENDANTS CLYDE DEWITT AND THE LAW OFFICES OF CLYDE DEWITT WITH PREJUDICE, PURSUANT TO RULE 41(a)<br><br>[Fed. R. Civ. P. 41(a)] |

　　　PLEASE TAKE NOTICE that Plaintiff Stockroom, Inc. and Defendants Clyde DeWitt and the Law Offices of Clyde DeWitt submitted to the Court a Stipulation of Dismissal with Prejudice of Defendants Clyde DeWitt and the Law Offices of Clyde DeWittr,

　　　IT IS HEREBY ORDERED that:

　　　The above-captioned action is dismissed, in its entirety and with prejudice,

1  against Defendants Cldyde DeWitt and the Law Offices of Clyde DeWitt pursuant to
2  Rule 41(a) of the *Federal Rules of Civil Procedure*, with each party to bear its or his
3  own fees and costs.
4          IT IS SO ORDERED.

7  DATED: September 14, 2011        By     /s/ Christina A. Snyder
                                           The Honorable Christina A. Snyder
8                                          UNITED STATES DISTRICT JUDGE